**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-7162**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

ALTON B. COUTHER, III,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:12-cr-00187-RAJ-TEM-1)

_____

Submitted: February 15, 2017     Decided: February 22, 2017

_____

Before GREGORY, Chief Judge, and AGEE and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Alton B. Couther, III, Appellant Pro Se. V. Kathleen Dougherty, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alton B. Couther, III, appeals the district court's denial of his motion seeking reconsideration of the district court's order reducing Couther's sentence and requesting a further reduction under 18 U.S.C. § 3582(c)(2) (2012). District courts lack jurisdiction to reconsider orders acting on § 3582(c) motions. See United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED